IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RAUL SANTIAGO,

    Petitioner,

v.

WARDEN, MARION CORRECTIONAL
INSTITUTION,

    Respondent.

CASE NO. 2:13-CV-0831
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On December 13, 2013, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Proceedings in the United States District Court recommending that the instant petition for a writ of habeas corpus be dismissed. Although Petitioner was advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, neither of the parties have filed any objections.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    IT IS SO ORDERED.

4-25-2014

EDMUND A. SARGUS, JR.
United States District Judge