AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RAUL SANTIAGO,**

      **Petitioner,**

                                 **JUDGMENT IN A CIVIL CASE**

**v.**

**WARDEN, MARION,**          **CASE NO. 2:13-CV-0831**
**CORRECTIONAL INSTITUTION,**  **JUDGE EDMUND A. SARGUS, JR.**
                                        **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Respondent.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the OPINION and ORDER filed April 25, 2014, JUDGMENT is hereby entered DISMISSING this action.**

Date:  April 25, 2014                        JOHN P. HEHMAN, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk